AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| BONNIE L. FRANKLIN, Individually and on behalf of all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>DIDI GLOBAL INC., et al.,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:21-cv-05486-RGK-SK |

**SUMMONS IN A CIVIL ACTION**
ON FIRST AMENDED COMPLAINT

To: *(Defendant's name and address)* DiDi Global Inc.

[PLEASE SEE ATTACHED LIST]

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Laurence M. Rosen, Esq., The Rosen Law Firm, P.A.
355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071
Tel: (213) 785-2610; Email: lrosen@rosenlegal.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Kiry Gray
*CLERK OF COURT*

Date: July 9, 2021                                    /s/ Jennylam
                                                   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| Defendant(s) | Address |
|---|---|
| DiDi Global Inc., Will Wei Cheng, Jean Qing Liu, Stephen Jingshi Zhu, Alan Yue Zhuo, Zhiyi Chen, Martin Chi Ping Lau, Kentaro Matsui, Adria Perica, and Daniel Yong Zhang | No. 1 Block B Shangdong Digital Valley No. 8 Dongbeiwang West Road Haidian District, Beijing, PRC |
| Colleen A. De Vries and Cogency Global, Inc. | 122 E. 42nd St, Fl 19 New York, NY 10168 |
| Goldman Sachs (Asia) L.L.C. | 68th Floor, Cheung Kong Center 2 Queen's Road, Central Hong Kong Special Administrative Region of the PRC |
| Morgan Stanley & Co. LLC | 1585 Broadway New York, NY 10036 |
| J.P. Morgan Securities LLC | 383 Madison Avenue New York, NY 10179 |
| BofA Securities, Inc. | One Bryant Park New York, NY 10036 |
| Barclays Capital Inc. | 745 Seventh Avenue New York, NY 10019 |
| China Renaissance Securities (Hong Kong) Limited | Units 8107-08, Level 81 International Commerce Centre 1 Austin Road West Kowloon, Hong Kong Special Administrative Region of the PRC |
| China International Capital Corporation Hong Kong Securities Limited | 29/F, One International Finance Centre 1 Harbour View Street Central, Hong Kong Special Administrative Region of the PRC |
| Citigroup Global Markets Inc. | 388 Greenwich Street New York, NY 10013 |
| Guotai Junan Securities (Hong Kong) Limited | 27/F., Low Block Grand Millennium Plaza 181 Queen's Road Central, Hong Kong Special Administrative Region of the PRC |
| HSBC Securities (USA) Inc. | 452 Fifth Avenue New York City, NY 10018 |

| UBS Securities LLC | 1285 Avenue of The Americas New York, NY 10019 |
|---|---|
| BOCI Asia Limited | 26th Floor Bank of China Tower 1 Garden Road Central, Hong Kong Special Administrative Region of the PRC |
| BOCOM International Securities Limited | 9th Floor, Man Yee Building 68 Des Voeux Road Central, Hong Kong Special Administrative Region of the PRC |
| CCB International Capital Limited | 12/F, CCB Tower 3 Connaught Road Central Central, Hong Kong Special Administrative Region of the PRC |
| CLSA Limited | 18/F, One Pacific Place 88 Queensway Hong Kong Special Administrative Region of the PRC |
| CMB International Capital Limited | 45F, Champion Tower, 3 Garden Road, Central, Hong Kong Special Administrative Region of the PRC |
| Futu Inc. | 720 University Avenue, Suite 100 Palo Alto, CA 94301 |
| ICBC International Securities Limited | 37/F, ICBC Tower, 3 Garden Road Hong Kong Special Administrative Region of the PRC |
| Mizuho Securities USA LLC | 1271 Avenue of the Americas Floors 2, 3, 4, 18, and 19 New York, NY 10020 |
| Tiger Brokers (NZ) Limited | Level 16, 191 Queen Street Auckland Central, New Zealand, 1010 |