1  **KAHN SWICK & FOTI, LLC**
2  Kim E. Miller (SBN 178370)
   kim.miller@ksfcounsel.com
3  250 Park Avenue, 7th Floor
   New York, NY 10177
4  Telephone: (212) 696-3730
5  Facsimile: (504) 455-1498

6  *Counsel for Lead Plaintiff Movant Wonsuk Suh*
7  *and Proposed Lead Counsel for the Class*

8  **UNITED STATES DISTRICT COURT**
9  **CENTRAL DISTRICT OF CALIFORNIA**

10 
11 BONNIE L. FRANKLIN, Individually and on Behalf of All Others Similarly Situated,
12 
13              Plaintiff,
14     v.
15 DIDI GLOBAL INC., WILL WEI CHENG, JEAN QING LIU, STEPHEN JINGSHI ZHU, ALAN YUE ZHUO, COLLEEN A. DE VRIES, COGENCY GLOBAL, INC., GOLDMAN SACHS (ASIA) L.L.C., MORGAN STANLEY & CO. LLC, and J.P. MORGAN SECURITIES LLC,
16 
17 
18 
19 
20 
21             Defendants.

Case No. 2:21-cv-05486-AB-SK

**NOTICE OF MOTION AND MOTION OF WONSUK SUH FOR CONSOLIDATION OF RELATED CASES, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

DATE:   October 8, 2021
TIME:   10:00 a.m.
JUDGE:  Hon. André Birotte Jr.
CTRM:   7B

22 [*Additional Caption Continued on Following Page*]
23
24
25
26
27
28

| | | |
|---|---|---|
| 1 | XIAOBO JIAO, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:21-cv-06113-GW-PLA |
| 2 | | |
| 3 | | DATE: October 7, 2021 |
| 4 | Plaintiff, | TIME: 8:30 a.m. |
| 5 | v. | JUDGE: Hon. George H. Wu |
| 6 | DIDI GLOBAL INC., WILL WEI CHENG, JEAN QING LIU, STEPHEN JINGSHI ZHU, ALAN YUE ZHUO, ZHIYI CHEN, MARTIN CHI PING LAU, KENTARO MATSUI, ADRIA PERICA, DANIEL YONG ZHANG, GOLDMAN SACHS (ASIA) L.L.C., MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, BOFA SECURITIES, INC., BARCLAYS CAPITAL INC., CHINA RENAISSANCE SECURITIES (HONG KONG) LIMITED, CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED, HSBC SECURITIES (USA) INC., UBS SECURITIES LLC, BOCI ASIA LIMITED, BOCOM INTERNATIONAL SECURITIES LIMITED, CCB INTERNATIONAL CAPITAL LIMITED, FUTU INC., ICBC INTERNATIONAL SECURITIES LIMITED, MIZUHO SECURITIES USA LLC, TIGER BROEKRS (NZ) LIMITED, COLLEEN A. DE VRIES, and COGENCY GLOBAL, INC. | CTRM: 9D |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | Defendants. | |
| 27 | | |
| 28 | | |

# NOTICE OF MOTION AND MOTION

**TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

**PLEASE TAKE NOTICE** that Lead Plaintiff Movant Wonsuk Suh ("Mr. Suh" or "Movant"), by and through his undersigned counsel, hereby moves this Court, pursuant to Section 27(a)(3)(B) of the Securities Act of 1933 (the "Securities Act"), 15 U.S.C. § 77z-1(a)(3)(B), Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), and Rule 42(a) of the Federal Rules of Civil Procedure, for entry of an Order: (1) consolidating the Related Actions: (2) appointing Mr. Suh as Lead Plaintiff in this Action; (3) approving Mr. Suh's selection of Kahn Swick & Foti, LLC ("KSF") as Lead Counsel; and (4) granting other such relief as the Court may deem just and proper.

This Motion is brought pursuant to Section 27(a)(3)(B) of the Securities Act of 1933 (the "Securities Act"), 15 U.S.C. § 77z-1(a)(3)(B), Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B) and Federal Rule of Civil Procedure 42(a), on the grounds that: (1) the related actions should be consolidated as they involve common questions of law and fact and consolidation would promote judicial economy; (2) the Movant possesses the largest financial interest in the relief sought by the Class; (3) the Movant satisfies the typicality and adequacy requirements of Fed. R. Civ. P. 23 ("Rule 23"), and (4) the Movant will fairly and adequately represent the Class.

Mr. Suh further requests that the Court approve his selection of KSF as Lead Counsel for the Class. KSF is a nationally recognized law firm with significant securities and class action litigation experience and has the resources to effectively prosecute this action.

This Motion is based on the accompanying Memorandum of Points and

NOTICE OF MOTION AND MOTION FOR CONSOLIDATION OF RELATED CASES, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

Case Nos. 2:21-CV-5486; 2:21-CV-06113

1

Authorities, the Declaration of Kim E. Miller filed herewith, the pleadings and other filings on file in the Related Actions, and such other written or oral argument as may be permitted by the Court.

Finally, Mr. Suh is aware of Local Civil Rule 7-3, which provides, in relevant part: "[C]ounsel contemplating the filing of any motion shall first contact opposing counsel to discuss thoroughly…the substance of the contemplated motion and any potential resolution." Here, pursuant to the PSLRA, the deadline to file a motion for appointment as Lead Plaintiff in the Related Actions is June 1, 2021, on which date any member of the putative Class may so move. *See* 15 U.S.C. § 77z-1(a)(3)(A)(i)(II) & (a)(3)(B)(i) and 15 U.S.C. § 78u-4(a)(3)(A)(i)(II) & (a)(3)(B)(i). Mr. Suh will thus not know the identities of the other putative Class members, if any, who intend to file competing motions for appointment as Lead Plaintiff until September 7, 2021 – the day after the statutory deadline – making conferral with opposing counsel prior to the filing of Mr. Suh's motion papers impracticable. Under these circumstances, Mr. Suh respectfully requests that compliance with Local Civil Rule 7-3 be waived in this instance.

DATED: September 7, 2021                     **KAHN SWICK & FOTI, LLC**

                                                          */s/ Kim E. Miller*
                                                          Kim E. Miller (SBN 178370)
                                                          250 Park Avenue, 7th Floor
                                                          New York, NY 10177
                                                          Telephone: (212) 696-3730
                                                          Facsimile: (504) 455-1498
                                                          kim.miller@ksfcounsel.com

                                                          *Counsel for Lead Plaintiff Movant*
                                                          *Wonsuk Suh and*
                                                          *Proposed Lead Counsel for the Class*

NOTICE OF MOTION AND MOTION FOR CONSOLIDATION OF RELATED CASES, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'SSELECTION OF LEAD COUNSEL

Case Nos. 2:21-CV-5486; 2:21-CV-06113

2

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on September 7, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to non-CM/ECF participants indicated on the attached Manual Notice List.

*/s/ Kim E. Miller*
Kim E. Miller

NOTICE OF MOTION AND MOTION FOR CONSOLIDATION OF RELATED CASES, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'SSELECTION OF LEAD COUNSEL

Case Nos. 2:21-CV-5486; 2:21-CV-06113

3