Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE L. FRANKLIN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIDI GLOBAL INC., WILL WEI CHENG, JEAN QING LIU, STEPHEN JINGSHI ZHU, ALAN YUE ZHUO, ZHIYI CHEN, MARTIN CHI PING LAU, KENTARO MATSUI, ADRIA PERICA, DANIEL YONG ZHANG, GOLDMAN SACHS (ASIA) L.L.C., MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, BOFA SECURITIES, INC., BARCLAYS CAPITAL INC., CHINA RENAISSANCE SECURITIES (HONG KONG) LIMITED,<br><br>(Additional Defendants on Next Page) | No. 2:21-cv-05486-AB-SK<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br><u>CLASS ACTION</u> |

1

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
No. 2:21-cv-05486-AB-SK

| | |
|---|---|
| CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED, CITIGROUP GLOBAL MARKETS INC., GUOTAI JUNAN SECURITIES (HONG KONG) LIMITED, HSBC SECURITIES (USA) INC., UBS SECURITIES LLC, BOCI ASIA LIMITED, BOCOM INTERNATIONAL SECURITIES LIMITED, CCB INTERNATIONAL CAPITAL LIMITED, CLSA LIMITED, CMB INTERNATIONAL CAPITAL LIMITED, FUTU INC., ICBC INTERNATIONAL SECURITIES LIMITED, MIZUHO SECURITIES USA LLC, TIGER BROKERS (NZ) LIMITED, COLLEEN A. DE VRIES, and COGENCY GLOBAL, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a), Plaintiff Bonnie L. Franklin ("Plaintiff") hereby voluntarily dismisses, without prejudice, the above-captioned action against all defendants. No defendant has filed an answer or moved for summary judgment. No Class has yet been certified. Neither Plaintiff nor her attorneys have received or will receive any consideration for this dismissal.

Plaintiff is aware of the substantially similar securities class actions filed in the United States District Court for the Southern District of New York ("S.D.N.Y."), *Espinal v. Didi Global Inc. f/k/a Xiaoju Kuaizhi Inc.,et al.*, No. 1:21-cv-05807-LAK, *Chopra v. Didi Global Inc. f/k/a Xiaoju Kuaizhi Inc.,et al.*, No. 1:21-cv-05973-LAK, and *Kucharski v. Didi Global Inc. f/k/a Xiaoju Kuaizhi Inc.,et al.*, No. 1:21-cv-06603-LAK.

Each of the competing lead plaintiff movants in this action filed substantially similar motions for consolidation of the relevant related cases, appointment as lead plaintiff, and approval of selection of lead counsel in this action and the first-filed action in S.D.N.Y.[1] *See* Dkt. Nos. 16, 19, 21, 26, 28, 39, 44, 47, and 51; *Espinal* Action, Dkt. Nos. 5, 11, 12, 16, 19, 23, 27, and 29; *see also Espinal* Action, Dkt. Nos. 8 and 33 (lead plaintiff movants who only moved in S.D.N.Y. and merely noted their motions in S.D.N.Y. in this action).

On Friday, September 17, 2021, Plaintiff's counsel and counsel for defendants met and conferred regarding their prospective motion to transfer. On September 20, 2021, counsel for defendants provided Plaintiff's counsel with case

---

[1] Movant Allen Floyd did not move for appointment as lead plaintiff in the S.D.N.Y. actions. However, Mr. Floyd is not competing for lead plaintiff in this action as he filed a notice of non-opposition to the competing movants, noting "that [Mr. Floyd] does not have and that competing movant Junhong Cao ("Cao") does have the largest financial interest pursuant to the Private Securities Litigation Reform Act of 1995. … Movant supports the appointment of Mr. Cao and approval of his selection of counsel, The Rosen Law Firm, P.A." Dkt. No. 69 at 4.

authorities and documentation in support of their position to transfer this action to S.D.N.Y. After review of such documentation, Plaintiff voluntarily dismisses this action without prejudice in favor of the substantially similar actions in S.D.N.Y.

     As such, Plaintiff's, the lead plaintiff movants', and the putative class' interests are and will be represented.

Dated: September 22, 2021        Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/Laurence Rosen, Esq.
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows: I am the managing partner of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On September 22, 2021, I electronically filed the following **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on September 22, 2021.

/s/Laurence M. Rosen
Laurence M. Rosen